**UNITED STATES DISTRICT COURT**
**District of Maine**

| | |
|---|---|
| FRED L. M., ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | No. 2:19-cv-00159-GZS |
| ANDREW M. SAUL, ) | |
| Commissioner of Social Security ) | |
|     Defendant ) | |

**ORDER AFFIRMING THE REPORT AND**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on March 30, 2020, his Report and Recommended Decision (ECF No. 21).  Plaintiff filed his Objection to the Report and Recommended Decision (ECF No. 22) on May 13, 2020.  Defendant filed his Response to Plaintiff's Objection to the Report and Recommended Decision (ECF No. 23) on May 21, 2020.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

    1.    It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

    2.    It is **ORDERED** that the Commissioner's Decision is **AFFIRMED.**

    /s/George Z. Singal_____
    U.S. District Judge

Dated this 26th day of May, 2020.